**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

1-800-FLOWERS.COM, INC.,

        Plaintiff,

- against -

EDIBLE ARRANGEMENTS, LLC,

        Defendant.

-------------------------------------------------------------X

**JUDGMENT**
CV-12-1483 (DRH)(ARL)

LONG ISLAND OFFICE

A Memorandum and Order of Honorable Denis R. Hurley, United States District Judge, having been filed on November 28, 2012, granting defendant's motion to dismiss the complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that defendant's motion to dismiss the complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure is granted; and that this case is hereby closed.

Dated: Central Islip, New York
November 29, 2012

                        DOUGLAS C. PALMER
                        CLERK OF THE COURT

              By:    /s/ Catherine Vukovich
                      Deputy Clerk